# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNELL PONTON, | Civil No. 10-2213 (JBS) |
| Plaintiff, | |
| v. | **ORDER** |
| U.S. COURT OF APPEALS, et al., | |
| Defendants. | |

For the reasons expressed in the Opinion filed herewith,

IT IS on this **22nd** day of **March, 2011**,

ORDERED that Plaintiff's application to proceed in forma pauperis is GRANTED and the Clerk shall file the Complaint; and it is further

ORDERED that Plaintiff's motion [Docket Item 2] to disqualify Judge Davis is DISMISSED AS MOOT; and it is further

ORDERED that the Complaint is DISMISSED WITH PREJUDICE; and it is finally

ORDERED that the Clerk shall serve this Order and the accompanying Opinion on Plaintiff by regular mail and shall close the file.

 s/ Jerome B. Simandle
 **JEROME B. SIMANDLE, U.S.D.J.**
 (By Designation, 28 U.S.C. § 292(b))